# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

**DIMITRIOS MESTOUSIS JR.**

6586 Atlantic Ave Suite 104

Delray Beach, Florida 33446

and

**DUPONT REGISTRY MOTOR SPORTS INC.**

6586 Atlantic Ave Suite 104

Delray Beach, Florida 33446

Plaintiffs,

v.

**DUPONT REGISTRY, INC.**

5972 NE 4th Avenue

Miami, Florida 33137

and

**GODADDY.COM, LLC**

100 S. Mill Ave, Suite 1600

Tempe, Arizona 85281

and

JOHN DOES 1–10,

Defendants.

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
CLERK
2026 MAY 11 P 2: 55

# VERIFIED COMPLAINT, EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PROPOSED ORDER

_____

Dimitrios Mestousis Jr. - Plaintiff Pro Se Signature

5-11-26

Date

## PARTIES

1. Plaintiff Dimitrios Mestousis Jr. maintains an address for service at: 6586 Atlantic Ave Suite 104 Delray Beach, Florida 33446. 2. Plaintiff DUPONT REGISTRY MOTOR SPORTS INC. maintains an address at: 6586 Atlantic Ave Suite 104 Delray Beach, Florida 33446. 3. Defendant DUPONT REGISTRY, INC. maintains an address at: 5972 NE 4th Avenue Miami, Florida 33137. 4. Defendant GoDaddy.com, LLC maintains an address at: 100 S. Mill Ave, Suite 1600 Tempe, Arizona 85281.

## INTRODUCTION

5. Plaintiffs bring this emergency action to prevent imminent implementation of a disputed domain transfer involving DUPONTREGISTRYMOTORSPORTS.COM. 6. Plaintiffs initially sought emergency relief in New York in good faith to prevent imminent irreparable harm and preserve the status quo pending judicial review. 7. Following clarification concerning mutual jurisdiction under ICANN Rule 3(b)(xiii), Plaintiffs commenced this action in the District of New Jersey.

## JURISDICTION AND VENUE

8. Venue is proper in the District of New Jersey. 9. At the time of registration, the registrant address associated with the domain was located in Colonia, New Jersey. 10. Pursuant to ICANN Rule 3(b)(xiii), New Jersey constitutes proper mutual jurisdiction.

## FACTUAL ALLEGATIONS

11. Plaintiffs utilized the domain in connection with legitimate commercial operations. 12. Plaintiffs transitioned branding to "DUPONT MOTOR CLUB" and substantially ceased use of the "Dupont Registry" branding. 13. Plaintiffs retain substantial legal and commercial interests associated with the disputed domain. 14. Plaintiffs face immediate and irreparable harm absent emergency relief.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court: A. Issue an immediate Temporary Restraining Order; B. Preserve the status quo; C. Enjoin Defendants from interfering with the disputed domain; D. Direct GoDaddy.com, LLC to maintain registrar-lock status pending further Order of the Court.

_____  
Dimitrios Mestousis Jr. - Plaintiff Pro Se Signature

5-11-26  
_____  
Date