# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs respectfully move this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for entry of an immediate Temporary Restraining Order and Preliminary Injunction. Plaintiffs initially sought emergency relief in New York in good faith to prevent imminent irreparable harm and preserve the status quo pending judicial review. Absent emergency relief, Plaintiffs face immediate and irreparable harm through implementation of the disputed domain transfer.

_____
Dimitrios Mestousis Jr. - Plaintiff Pro Se Signature

5-11-26
_____
Date